# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0551. LONG v. TRUEX.**

Cherie Long filed applications for discretionary appeal of the trial court's order denying her motion to modify custody and order finding Long in contempt. This Court granted Long's application from the denial of her motion to modify custody on the ground that the ruling is directly appealable. As a result, this Court also granted her application from the contempt order, a ruling not directly appealable. Long subsequently withdrew her notice of appeal as to the order denying her motion to modify custody, leaving pending on appeal only Long's challenge to the order finding her contempt. Upon further review, we have determined that this application for discretionary appeal was improvidently granted. Accordingly, the appeal is DISMISSED.

Upon consideration of Duane Truex's motion for frivolous appeal penalties pursuant to Court of Appeals Rule 7 (e) (2), the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/24/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*